**ORIGINAL**

AUSA: Adabelle U. Ekechukwu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**25 MAG 2707**

UNITED STATES OF AMERICA

**COMPLAINT**

v.

Violations of 18 U.S.C. §§ 111(a)(1) and (b)

GABRIEL FIDEL GARCIA-VALECILLOS,

COUNTY OF OFFENSE:
NEW YORK

Defendant.

SOUTHERN DISTRICT OF NEW YORK, ss.:

Daniel Kutznetsov, being duly sworn, deposes and says that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and charges as follows:

### COUNT ONE
### (Assaulting an Employee of the United States)

1. On or about August 25, 2025, in the Southern District of New York and elsewhere, GABRIEL FIDEL GARCIA-VALECILLOS, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, committed an act that involved physical contact and inflicted bodily injury, to wit, in and around the Bronx, New York, GARCIA-VALECILLOS forcibly assaulted an HSI Special Agent, while the Special Agent was engaged in the performance of his official duties, by throwing a metal can at the Special Agent, which struck the Special Agent in the forehead and caused a laceration.

(Title 18, United States Code, Sections 111(a)(1) and (b).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with HSI and have been personally involved in the investigation of this matter. I base this complaint on my participation in the investigation, as well as on my conversations with other law enforcement agents and other individuals, my examination of various reports, photographs, and records, and my training and experience. Because this complaint is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my participation in this investigation, my review of law enforcement reports and records, and my conversations with law enforcement officers, I have learned among other things, the following:

  a. Since approximately 2025, HSI's public safety division has been investigating suspected, ongoing criminal activity in the vicinity of a particular location in the Bronx, New York.

  b. On or about August 25, 2025, at approximately 7:45 a.m., several HSI Special Agents and Task Force Officers (together, the "Officers") were conducting surveillance as part of that ongoing investigation.

  c. In connection with their surveillance activities and as part of the ongoing investigation referenced above, an HSI Special Agent (the "Victim") and an HSI Task Force Officer (the "TFO") approached an unidentified male, later identified as GARCIA-VALECILLOS, and in both English and Spanish identified themselves as law enforcement and asked GARCIA-VALECILLOS to stop. In response, GARCIA-VALECILLOS turned, took approximately a few steps away from the Victim and the TFO, and threw a canned beverage—in a cylindrical metal container that was approximately 500 milliliters in volume—toward the Victim, then continued running away. The canned beverage struck the Victim in the forehead and caused a laceration that was approximately one inch in length.

  d. GARCIA-VALECILLOS then continued to flee on foot with certain of the Officers in pursuit. Within approximately minutes, during which the Officers collectively maintained sight of GARCIA-VALECILLOS, the Officers apprehended GARCIA-VALECILLOS and took him into custody.

  e. During his post-arrest processing, HSI Special Agents took GARCIA-VALECILLOS's fingerprints and his photograph and ran them through HSI's booking system, which identified the individual as "Gabriel Fidel Garcia-Valecillos."

  f. Based on my participation in this investigation, my review of law enforcement reports and records, as well as my conversations with law enforcement officers, I believe that GARCIA-VALECILLOS is the same individual who on or around August 25, 2025, assaulted the Victim.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of GABRIEL FIDEL GARCIA-VALECILLOS, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

*[signature]*
Daniel Kutznetsov
Special Agent
Homeland Security Investigation

Sworn to before me this 26th day of August 2025.

*[signature]*
THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York